UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOSE CARRANZA GILES,<br><br>                    Defendant. | Case No. 11CR1110-JLS<br><br>**ORDER GRANTING MOTION TO DISMISS AND JUDGMENT OF DISMISSAL** |

The Court hereby grants the United States' motion to dismiss without prejudice the complaint in this case.

IT IS SO ORDERED.

DATED: June 29, 2011

Honorable Janis L. Sammartino
United States District Judge